IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JASON SCHROEDER,               §
                               §
          Plaintiff,           §
                               §
VS.                            §    NO. 4:14-CV-898-A
                               §
CAROLYN W. COLVIN, ACTING      §
COMMISSIONER OF SOCIAL SECURITY,§
                               §
          Defendant.           §

## FINAL JUDGMENT

Consistent with the document titled "Plaintiff's Memorandum in Support of Motion for Voluntary Dismissal,"[1] filed by plaintiff, Jason Schroeder, on November 19, 2014,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff against defendant, Carolyn W. Colvin, acting commissioner of Social Security, be, and are hereby, dismissed with prejudice.

SIGNED November 21, 2014.

JOHN McBRYDE
United States District Judge

---

[1] The court notes that defendant, Carolyn W. Colvin has not yet answered in this action, therefore, dismissal is appropriate under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.